# Mississippi Electronic Courts
## Harrison County Circuit Court (Circuit Court - Biloxi)
### CIVIL DOCKET FOR CASE #: 24CI2:15-cv-00097

| | |
|---|---|
| Olin et al v. Luther, Collier, Hodges & Cash, LLP et al<br>Assigned to: Lisa P. Dodson | Date Filed: 06/26/2015<br>Jury Demand: None<br>Nature of Suit: 179 Malpractice - Legal<br>Jurisdiction: General |

**Plaintiff**

**James S Olin**
P.O. Box 717
Long Beach, MS 39560

represented by **R Hayes Johnson , Jr**
Johnson Law Practice, PLLC
P O Box 717
LONG BEACH , MS 39560
228-868-5499
Fax: 888-647-3665
Email: rhayesj@gmail.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John G McNeil**
211 Matties Way
Destin, FL 32541
*TERMINATED: 01/15/2016*

represented by **R Hayes Johnson , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John A McNeil, Jr**
4502 Olde Plantation Place
Destin, Fl 35241
*TERMINATED: 01/15/2016*

represented by **R Hayes Johnson , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Luther, Collier, Hodges & Cash, LLP**

represented by **James Welch**
Copeland, Cook, Taylor & Bush, P.A.
Post Office 10
GULFPORT , MS 39502
228-863-6101
Email: jwelch@cctb.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Lucian Hodges**

represented by **James Welch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

EXHIBIT 2

2/4/2016            Harrison Circuit

**Sam G Ladd, Jr.**        represented by **James Welch**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/26/2015 | 1 | COMPLAINT against Lucian Hodges, Sam G Ladd, Jr, Luther, Collier, Hodges & Cash, LLP, filed by John A McNeil, Jr, James S Olin, John G McNeil. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit A, # 3 Exhibit B) (DT) (Entered: 06/29/2015) |
| 07/13/2015 | 3 | SUMMONS issued on Lucian Hodges (DT) (Entered: 07/13/2015) |
| 07/13/2015 | 4 | SUMMONS Issued to Sam G Ladd, Jr. (DT) (Entered: 07/13/2015) |
| 07/13/2015 | 5 | SUMMONS Issued to Luther, Collier, Hodges & Cash, LLP. (DT) (Entered: 07/13/2015) |
| 10/01/2015 | 6 | SUMMONS Returned Executed by John A McNeil, Jr, James S Olin, John G McNeil. Luther, Collier, Hodges & Cash, LLP served on 10/1/2015, answer due 10/31/2015. Service type: Personal (Johnson, R) (Entered: 10/01/2015) |
| 10/01/2015 | 7 | SUMMONS Returned Executed by John A McNeil, Jr, James S Olin, John G McNeil. Lucian Hodges served on 10/1/2015, answer due 10/31/2015. Service type: Personal (Johnson, R) (Entered: 10/01/2015) |
| 10/01/2015 | 8 | SUMMONS Returned Executed by John A McNeil, Jr, James S Olin, John G McNeil. Sam G Ladd, Jr served on 10/1/2015, answer due 10/31/2015. Service type: Personal (Johnson, R) (Entered: 10/01/2015) |
| 10/06/2015 | 9 | SUMMONS Issued to Luther, Collier, Hodges & Cash, LLP. (Davis, April) (Entered: 10/06/2015) |
| 10/28/2015 | 10 | ANSWER to 1 Complaint by Lucian Hodges, Sam G Ladd, Jr, Luther, Collier, Hodges & Cash, LLP. (Welch, James) (Entered: 10/28/2015) |
| 10/28/2015 | 11 | NOTICE OF SERVICE of Interrogatories Propounded to James Olin, John G. McNeil, and John A. McNeil, Jr., NOTICE OF SERVICE of Request for Production of Documents Propounded to James Olin, John G. McNeil, and John A. McNeil, Jr. by Lucian Hodges, Sam G Ladd, Jr, Luther, Collier, Hodges & Cash, LLP. (Welch, James) (Entered: 10/28/2015) |
| 10/30/2015 | 12 | NOTICE OF SERVICE of Request for Admissions Propounded to James S. Olin, John G. McNeil, & John A. McNeil, Jr., NOTICE OF SERVICE of Interrogatories Propounded to James S. Olin, John G. McNeil, & John A. McNeil, Jr., NOTICE OF SERVICE of Request for Production of Documents Propounded to James S. Olin, John G. McNeil, & John A. McNeil, Jr. by Lucian Hodges, Sam G Ladd, Jr, Luther, Collier, Hodges & Cash, LLP. (Welch, James) (Entered: 10/30/2015) |
| 11/25/2015 | 13 | NOTICE to Take Deposition of James S. Olin by Lucian Hodges, Sam G Ladd, Jr, Luther, Collier, Hodges & Cash, LLP. (Welch, James) (Entered: 11/25/2015) |
| | | NOTICE to Take Deposition of John G. McNeil by Lucian Hodges, Sam G Ladd, |

| | | |
|---|---|---|
| 11/25/2015 | 14 | Jr, Luther, Collier, Hodges & Cash, LLP. (Welch, James) (Entered: 11/25/2015) |
| 11/25/2015 | 15 | NOTICE to Take Deposition of John A. McNeil, Jr. by Lucian Hodges, Sam G Ladd, Jr, Luther, Collier, Hodges & Cash, LLP. (Welch, James) (Entered: 11/25/2015) |
| 12/07/2015 | 16 | NOTICE OF SERVICE of Responses to Request for Admissions by John A McNeil, Jr, John G McNeil, James S Olin. (Johnson, R) (Entered: 12/07/2015) |
| 12/08/2015 | 17 | NOTICE to Take Deposition of James S. Olin by Lucian Hodges, Sam G Ladd, Jr, Luther, Collier, Hodges & Cash, LLP. (Welch, James) (Entered: 12/08/2015) |
| 12/08/2015 | 18 | NOTICE to Take Deposition of John G. McNeil by Lucian Hodges, Sam G Ladd, Jr, Luther, Collier, Hodges & Cash, LLP. (Welch, James) (Entered: 12/08/2015) |
| 12/08/2015 | 19 | NOTICE to Take Deposition of John A. McNeil, Jr. by Lucian Hodges, Sam G Ladd, Jr, Luther, Collier, Hodges & Cash, LLP. (Welch, James) (Entered: 12/08/2015) |
| 12/14/2015 | 20 | MOTION to Compel *Responses to Discovery and Memorandum of Authorities in Support Thereof* by Defendants Lucian Hodges, Sam G Ladd, Jr, Luther, Collier, Hodges & Cash, LLP (Attachments: # 1 Exhibit A. Df Interr & RPD to Pl, # 2 Exhibit B. Correspondence) (Welch, James) (Entered: 12/14/2015) |
| 12/28/2015 | 21 | MOTION to Dismiss *Certain Plaintiffs* by Plaintiffs John A McNeil, Jr, John G McNeil (Johnson, R) (Entered: 12/28/2015) |
| 12/30/2015 | 22 | ORDER granting 20 Motion to Compel. (LF) (Entered: 12/30/2015) |
| 01/14/2016 | 23 | NOTICE OF SERVICE of Interrogatories Propounded to Plaintiff James S. Olin by James S Olin. (Johnson, R) (Entered: 01/14/2016) |
| 01/14/2016 | 24 | NOTICE of Hearing *on Motion to Compel [Doc 20]* by Lucian Hodges, Sam G Ladd, Jr, Luther, Collier, Hodges & Cash, LLP (Welch, James) (Entered: 01/14/2016) |
| 01/14/2016 | 25 | NOTICE of Intent to Serve Subpoena on Non Party by Lucian Hodges, Sam G Ladd, Jr, Luther, Collier, Hodges & Cash, LLP (Attachments: # 1 Exhibit A. Subpoena Duces Tecum) (Welch, James) (Entered: 01/14/2016) |
| 01/15/2016 | | Set/Reset Hearings: Hearing set for 2/12/2016 09:00 AM in Biloxi Courtroom 1 before Judge Lisa P. Dodson. (Valdez, Shirley) (Entered: 01/15/2016) |
| 01/15/2016 | 26 | Order of Dismissal as to John G. Mcneil and JOhn A. Mcneil, Jr. 21 . Signed by Judgeon 01/14/2016. (LS) (Entered: 01/15/2016) |
| 01/22/2016 | 27 | ORDER. Signed by Judge Lisa P. Dodson on 01/11/2016. (LF) (Entered: 01/22/2016) |
| 01/22/2016 | 28 | NOTICE of Intent to Serve Subpoena on Non Party by Lucian Hodges, Sam G Ladd, Jr, Luther, Collier, Hodges & Cash, LLP (Attachments: # 1 Exhibit A. Subpoena Duces Tecum) (Welch, James) (Entered: 01/22/2016) |
| 01/22/2016 | 29 | NOTICE of Intent to Serve Subpoena on Non Party by Lucian Hodges, Sam G Ladd, Jr, Luther, Collier, Hodges & Cash, LLP (Attachments: # 1 Exhibit A. Subpoena Duces Tecum) (Welch, James) (Entered: 01/22/2016) |

| 01/24/2016 | 30 | MOTION for Recusal by Plaintiff James S Olin (Attachments: # 1 Exhibit "A," Good Faith Statement of Counsel, # 2 Exhibit "B," Order of Default, # 3 Exhibit "C," Docket Sheet) (Johnson, R) (Entered: 01/24/2016) |
| --- | --- | --- |
| 01/29/2016 | 31 | SUBPOENA DUCES TECUM ISSUED as to Jason Walker, BancorpSouth, Inc. (Attachments: # 1 Exhibit) (Davis, April) (Entered: 01/29/2016) |
| 02/03/2016 | 32 | NOTICE of Hearing re 30 MOTION for Recusal by James S Olin (Johnson, R) (Entered: 02/03/2016) |

| MEC Service Center |||
| --- | --- | --- |
| Transaction Receipt |||
| 02/04/2016 08:41:14 |||
| You will be charged $0.20 per page to view or print documents. |||
| MEC Login: ww9366 | Client Code: | 10469-00001 |
| Description: Docket Report | Search Criteria: | 24CI2:15-cv-00097 |
| Billable Pages: 3 | Cost: | 0.60 |