## IN THE CIRCUIT COURT OF HARRISON COUNTY, MISSISSIPPI
### SECOND JUDICIAL DISTRICT

| | |
|---|---|
| JAMES S. OLIN; JOHN G. MCNEIL; AND<br>JOHN A. MCNEIL, JR. | PLAINTIFFS |
| VS. | CAUSE NO. A2402-15-97 |
| LUTHER, COLLIER, HODGES & CASH, LLP;<br>LUCIAN HODGES; SAM GAILLARD LADD, JR.;<br>AND JOHN DOES 1-10 | DEFENDANTS |

### SUMMONS

THE STATE OF MISSISSIPPI

LUCIAN HODGES
401 Church St.
Mobile, AL 36602-2300

You have been made a Defendant in the Complaint filed in this Court by, JAMES S. OLIN; JOHN G. MCNEIL; AND JOHN A. MCNEIL, JR., seeking damages related to a cause of action that occurred or accrued in the Second Judicial District of Harrison County, Mississippi.

You are required to mail or hand-deliver a copy of a written response to the Complaint to R. Hayes Johnson, Jr., P.O. Box 717, Long Beach, MS 39560; and whose telephone number is (228) 868-5499; attorney for Plaintiffs.

YOUR RESPONSE MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS AFTER SERVICE OF THIS SUMMONS ON YOU. IF YOUR RESPONSE IS NOT SO MAILED OR DELIVERED, A JUDGMENT OF DEFAULT WILL BE ENTERED AGAINST YOU FOR THE RELIEF DEMANDED BY THE PETITION.

You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

Issued under my hand and the seal of said Court, this the 13th day of July, 2015.

BY: _____ D.C.
Gayle Parker, Circuit Clerk of Harrison County, Mississippi

**Issued by and return to:**
R. Hayes Johnson, Jr. (MSB #10697)
JOHNSON LAW PRACTICE, PLLC
P.O. Box 717, Long Beach, MS 39560
228.868.5499-o/888.647.3665-f
rhayesj@gmail.com/jlpnotices@gmail.com



PROOF OF SERVICE- SUMMONS
(Process Server)

Name of Person or Entity Served: Lucian Hodges

I, the undersigned process server, served the Summons and Complaint upon the person or entity named above in the manner set forth below:

__X__ PERSONAL SERVICE. I personally delivered copies to __Lucian Hodges__ on the __1st__ day of __Oct__, __2015__, where I found said person(s) in __Mobile__ County of the State of _____.

____ RESIDENCE SERVICE. After exercising reasonable diligence, I was unable to deliver copies to said person within _____ County, _____. I served the Summons and Complaint on the ____ day of _____, _____, at the usual place of abode of said person by leaving a true copy of the Summons and Complaint with _____, who is the _____ (relationship), a member of the family of the person served above the age of sixteen (16) years and willing to receive the Summons and Complaint, and thereafter on the ____ day of _____, _____, I mailed (by first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were left.

____ CERTIFIED MAIL. By certified mail, return receipt requested, in an envelope marked "Restricted Delivery," and as set out by Rule 4 of the Mississippi Rules of Civil Procedure, I served a copy of the Summons and Complaint on _____, at the address contained on the Summons. The return receipt shows that the Summons and Complaint were signed for by _____, on the ____ day of _____, 200__, or that delivery was refused.

At the time of service, I was at least eighteen (18) years of age and not a party to this action.

Fee for service:  $_____

Process server:_____        Badge/ID #:_____

Address:_____        Telephone No.:_____

STATE OF _____

COUNTY/PARISH OF _____

PERSONALLY APPEARED BEFORE ME, the undersigned authority in and for the state and county aforesaid, the within named __Eddie McKay__, who being first by me duly sworn, states on oath that the matters and facts set forth in the foregoing "Proof of Service- Summons" are true and correct as therein stated.

_____
PROCESS SERVER

SWORN TO AND SUBSCRIBED BEFORE ME, this the __1st__ day of __October, 2015__.

_____
NOTARY PUBLIC

(Seal)                                              My Commission expires August 10, 2019
                                                    My Commission Expires: _____