UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JAMES S. OLIN**                                                         **PLAINTIFF**

**VS.**                                           **CIVIL ACTION NO.:** _____

**LUTHER, COLLIER, HODGES & CASH, LLP;**
**LUCIEN HODGES; SAM GAILLARD LADD, JR.;**
**AND JOHN DOES 1-10**                                                    **DEFENDANTS**

**DECLARATION**

1. My name is Danny Collier and am over the age of 21 years, have personal knowledge of the facts stated herein, and am competent to testify to the same.

2. Luther, Collier, Hodges & Cash, LLP is an Alabama limited liability partnership consisting of Jeffrey L. Luther, Danny Collier, Lucian Hodges, and Regina Cash.

3. Jeffrey L. Luther is an adult resident citizen of the State of Alabama.

4. I am an adult resident citizen of the State of Alabama.

5. Regina Cash is an adult resident citizen of the State of Alabama.

6. Lucian Hodges is an adult resident citizen of the State of Alabama.

7. I declare under penalty of perjury that the above and foregoing is true and correct.

Executed this the 5th day of February, 2016.

_____
DANNY COLLIER

EXHIBIT 6