IN THE CIRCUIT COURT OF HARRISON COUNTY, MISSISSIPPI
SECOND JUDICIAL DISTRICT

JAMES S. OLIN; JOHN G. MCNEIL; AND
JOHN A. MCNEIL, JR.            **PLAINTIFFS**

**VERSUS**            **CIVIL ACTION NO.: A2402-2015-97**

LUTHER, COLLIER, HODGES & CASH, LLP;
LUCIEN HODGES; SAM GAILLARD LADD, JR.;
AND JOHN DOES 1-10            **DEFENDANTS**

## ORDER OF DISMISSAL AS TO JOHN G. MCNEIL AND JOHN A. MCNEIL, JR.

This cause is here before the Court on the motion to dismiss [Doc 21] filed by Plaintiffs John G. McNeil and John A. McNeil, Jr. pursuant to Rule 41(a) of the Mississippi Rules of Civil Procedure and the Court, being fully advised in the premises, and noting the approval of all parties through their respective counsel to the entry of this order, finds that the Motion to Dismiss is well taken and should be granted. It is, therefore,

ORDERED AND ADJUDGED, that the above styled and numbered cause be and it is hereby dismissed as to Plaintiffs John G. McNeil and John A. McNeil, Jr., with each party bearing their own costs.

ORDERED AND ADJUDGED, this the 14th day of January, 2016.

_____
CIRCUIT COURT JUDGE

AGREED AND APPROVED:

_____
R. Hayes Johnson, Jr.
rhayesi@gmail.com
Attorney for Plaintiffs John G. McNeil and
John A. McNeil, Jr.

_____
James E. Welch, Jr.
Copeland, Cook, Taylor & Bush, P.A.
Jwelch@cctb.com
Attorney for Defendants

FILED JAN 15, 2016
CONNIE LADNER
CIRCUIT CLERK

RECEIVED 1/15/16

EXHIBIT 7