# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**JAMES S. OLIN**                                                                                           **PLAINTIFF**

**VS.**                                                          **CIVIL ACTION NO.: 1:16CV34-LG-RHW**

**LUTHER, COLLIER, HODGES & CASH, LLP;**
**LUCIEN HODGES; SAM GAILLARD LADD, JR.;**
**AND JOHN DOES 1-10**                                                                          **DEFENDANTS**

---

## ENTRY OF APPEARANCE

---

COMES NOW, James E. Welch, Jr. of the law firm of Copeland, Cook, Taylor & Bush, P.A. and enters his Appearance on behalf of the Defendants, Luther, Collier, Hodges & Cash, LLP, Lucien Hodges and Sam Gaillard Ladd, Jr., in the above styled case.

Respectfully submitted this the 15th day of February, 2016.

                                      LUTHER, COLLIER, HODGES & CASH, LLP;
                                      LUCIEN HODGES; SAM GAILLARD LADD, JR.

                                      BY: COPELAND, COOK, TAYLOR & BUSH, PA

                                      BY:   /S/JAMES E. WELCH, JR.
                                              Mississippi Bar No. 7090

Respectfully submitted this the 15th day of February, 2016.

          **LUTHER, COLLIER, HODGES & CASH, LLP;**
          **LUCIEN HODGES; SAM GAILLARD LADD, JR.**

BY:    COPELAND, COOK, TAYLOR & BUSH, P.A.

BY:    <u>/S/ JAMES E. WELCH, JR.</u>
          Mississippi Bar No. 7090

<u>C E R T I F I C A T E</u>

I hereby certify that on February 15, 2016, I electronically filed the foregoing with the

Clerk of the Court using the ECF system which sent notification of such filing to the following:

R. Hayes Johnson, Jr.
rhayesj@gmail.com
**Attorney for Plaintiffs**

<u>/S/ JAMES E. WELCH, JR.</u>

James E. Welch, Jr.
COPELAND, COOK, TAYLOR & BUSH, P.A.
2781 C. T. Switzer Sr. Drive
Biloxi, MS 39531
P.O. Box 10
Gulfport, Mississippi  39502-0010
telephone (228) 863-6101
telecopier (228) 863-9526