**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**JAMES S. OLIN**                                                    **PLAINTIFF**

**VS.**                                     **CIVIL ACTION NO.: 1:16CV34-LG-RHW**

**LUTHER, COLLIER, HODGES & CASH, LLP;
LUCIEN HODGES; SAM GAILLARD LADD, JR.;
AND JOHN DOES 1-10**                                         **DEFENDANTS**

## NOTICE OF INTENT TO SERVE SUBPOENA ON NON-PARTY

Please take notice that upon the expiration of fifteen (15) days (or such other time as the

Court has allowed) from the date of service of this Notice, Defendants, Luther, Collier, Hodges &

Cash, LLP; Lucien Hodges; Sam Gaillard Ladd, Jr., will apply to the Clerk of this Court for issuance

of the attached subpoena(s) directed to the individuals/entities indicated who are not parties to this

cause of action and whose address is reflected upon the subpoena (to produce the documents or

things/or to give permission to enter upon land or the property) at the time and place specified in the

subpoena.

Respectfully submitted this the 9th day of March, 2016.

**LUTHER, COLLIER, HODGES & CASH, LLP;
LUCIEN HODGES; SAM GAILLARD LADD, JR.**

BY:    COPELAND, COOK, TAYLOR & BUSH, P.A.

BY:    /S/ JAMES E. WELCH, JR.
        Mississippi Bar No. 7090

JAMES E. WELCH, JR.
COPELAND, COOK, TAYLOR & BUSH
P.O. Box 10
Gulfport, Mississippi 39502-0010
telephone (228) 863-6101
telecopier (228) 863-9526

## CERTIFICATE

I hereby certify that on March 9, 2016, I electronically filed the foregoing with the Clerk of

the Court using the ECF system which sent notification of such filing to the following:

R. Hayes Johnson, Jr.
rhayesj@gmail.com
**Attorney for Plaintiffs**

SO CERTIFIED, this the 9th day of March, 2016.

s/JAMES E. WELCH, JR.
Mississippi Bar No. 7090