AO 88B (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| JAMES S. OLIN | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 1:16CV34-LG-RHW |
| LUTHER, COLLIER, HODGES & CASH, LLP; | ) |
| LUCIEN HODGES; SAM GAILLARD LADD, JR. | ) |
| *Defendant* | ) |

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS**
**OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To:  Jason Walker, Bancorp South, Inc., 2301 US-80, Pearl, MS 39208

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: Documents, electronically stored information and tangible things described on Exhibit A (Subpoena Duces Tecum).

| Place: Copeland, Cook, Taylor & Bush, P.A.<br>1076 Highland Colony Pkwy.<br>Ridgeland, MS 39157 | Date and Time:<br><br>04/08/2016 5:00 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:  03/09/2016

CLERK OF COURT

OR

_____          _____
*Signature of Clerk or Deputy Clerk*                    *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Defendants, LCH&C, LLP: Lucien Hodges; and Sam Gaillard Ladd, Jr._____ , who issues or requests this subpoena, are:
William E. Whitfield, III and James E. Welch, Jr. Copeland Cook Taylor & Bush P.O. Box 10 Gulfport, MS 228-863-6101

**Notice to the person who issues or requests this subpoena**
A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).