UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JAMES S. OLIN**   **PLAINTIFF**

**VS.**   **CIVIL ACTION NO.: 1:16CV34-LG-RHW**

**LUTHER, COLLIER, HODGES & CASH, LLP;**
**LUCIEN HODGES; SAM GAILLARD LADD, JR.;**
**AND JOHN DOES 1-10**   **DEFENDANTS**

**NOTICE OF SERVICE**

TO:   R. Hayes Johnson
rhayesj@gmail.com
**Attorney for Plaintiff**

Notice is hereby given, pursuant to Rule 5(d) MISS. R. CIV. P., that Luther Collier, Hodges & Cash, LLP, Defendants in the above styled and numbered cause, have this date served in the above entitled action:

(1)   Defendants' Preliminary Core Disclosures.

The undersigned retains the original(s) of the above paper(s) as custodian thereof pursuant to Rule 5(d) MISS. R. CIV. P.

RESPECTFULLY SUBMITTED, this the 11th day of March, 2016.

    LUTHER, COLLIER, HODGES & CASH, LLP;
    LUCIEN HODGES; SAM GAILLARD LADD, JR.

    BY: COPELAND, COOK, TAYLOR & BUSH, PA

    BY:   s/**WILLIAM E. WHITFIELD, III**
        Mississippi Bar No. 7161
        s/**JAMES E. WELCH, JR.**
        Mississippi Bar No. 7090

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2016, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

>R. Hayes Johnson
>rhayesj@gmail.com
>**Attorney for Plaintiff**

I hereby certify that I have mailed by United States Postal Service the document to the following non-ECF participants: none

>s/WILLIAM E. WHITFIELD, III
>Mississippi Bar No. 7161
>s/JAMES E. WELCH, JR.
>Mississippi Bar No. 7090

William E. Whitfield, III.
James E. Welch, Jr.
COPELAND, COOK, TAYLOR, & BUSH, P.A.
2781 C.T. Switzer Sr. Drive, Suite 200
Biloxi, Mississippi 39531
P.O. Box 10
Gulfport, Mississippi  39502-0010
telephone (228) 863-6101
telecopier (228) 863-9526