AO 88B (Rev 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 1:16CV34-LG-RHW

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* BanCorp South
on *(date)* 3-28-16.

☒ I served the subpoena by delivering a copy to the named person as follows: Chris Walker
Branch Manager
on *(date)* 3-28-16 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 3-28-16

_____
Server's signature

Printed name and title
CHARLES LINDSAY
P.O. BOX 1656
BRANDON, MS 39043
601-941-8348
Server's address

Additional information regarding attempted service, etc.:

AO 88B (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | | |
|---|---|---|
| JAMES S. OLIN | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:16CV34-LG-RHW |
| LUTHER, COLLIER, HODGES & CASH, LLP; LUCIEN HODGES; SAM GAILLARD LADD, JR. | ) ) | |
| *Defendant* | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Jason Walker, Bancorp South, Inc., 2301 US-80, Pearl, MS 39208

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: Documents, electronically stored information and tangible things described on Exhibit A (Subpoena Duces Tecum).

| Place: Copeland, Cook, Taylor & Bush, P.A. 1076 Highland Colony Pkwy. Ridgeland, MS 39157 | Date and Time: 04/15/2016 5:00 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 03/28/2016

*CLERK OF COURT*

_____          OR          _____
*Signature of Clerk or Deputy Clerk*                        *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* __Defendants,__ LCH&C, LLP; Lucien Hodges; and Sam Gaillard Ladd, Jr._____, who issues or requests this subpoena, are:

William E. Whitfield, III and James E. Welch, Jr. Copeland Cook Taylor & Bush P.O. Box 10 Gulfport, MS 228-863-6101

**Notice to the person who issues or requests this subpoena**
A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).